IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SKILLSURVEY, INC., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-1766 |
| CHECKSTER LLC, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of March, 2016, upon consideration of Defendant's Motion to Dismiss, (Dkt No. 16), Plaintiff's Response, (Dkt No. 18), Defendant's Reply, (Dkt No. 26), and Plaintiff's Submission of Supplemental Authority, (Dkt No. 27), it is hereby ORDERED that said Motion is GRANTED. The above-captioned matter is DISMISSED. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.