UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SKILLSURVEY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:15-cv-01766-CDJ |
| | ) | |
| CHECKSTER LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF SKILLSURVEY, INC.'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff SkillSurvey, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's Order of March 31, 2016 (Dkt. No. 31), granting the Motion to Dismiss filed by Defendant Checkster LLC (Dkt. No. 16).

Respectfully submitted,

DATED: April 28, 2016

By: */s/ Robert M. Goldich*
Robert M. Goldich
**GREENBERG TRAURIG, LLP**
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
Email: goldichr@gtlaw.com

*Of Counsel*
Richard C. Pettus
Jonathan D. Ball
Justin A. MacLean
**GREENBERG TRAURIG, LLP**

200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: pettusr@gtlaw.com
Email: ballj@gtlaw.com
Email: macleanj@gtlaw.com

*Attorneys for Plaintiff*
*SkillSurvey, Inc.*

## CERTIFICATE OF SERVICE

I, Robert M. Goldich, hereby certify that on April 28, 2016, I caused the foregoing Notice of Appeal to be served via the Court's ECF electronic filing system on all counsel of record.

/s/ Robert M. Goldich
Robert M. Goldich, Esquire