FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

\_\_\_   United States District Court for the _____

\_\_\_   United States Court of International Trade

\_\_\_   United States Court of Federal Claims

\_\_\_   United States Court of Appeals for Veterans Claims

Type of case: _____

_____ v. _____

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. _____   Date of Judgment or Order _____

Cross or related appeal? _____   Date of Notice of Appeal   _____

Appellant is:  \_\_\_\_\_ Plaintiff   \_\_\_\_\_Defendant   \_\_\_\_\_Other (explain)_____

FEES:   Court of Appeals docket fee paid?        \_\_\_\_\_Yes    \_\_\_\_\_No

U.S. Appeal?            \_\_\_\_\_Yes    \_\_\_\_\_No

In forma pauperis?          \_\_\_\_\_Yes    \_\_\_\_\_No

Is this matter under seal?    \_\_\_\_\_Yes    \_\_\_\_\_No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

_____     _____

_____     _____

_____     _____

_____     _____

COURT REPORTER: (Name and telephone): _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439